IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
(Tampa Division)

VIVIAN PETERS,

      Plaintiff,                Civil Action No.: 8:11-CV-00305-SDM-MAP

vs.

INDIAN PASS CATTLEMAN'S
ASSOCIATION, INC., a Florida corporation,
and SALT ROCK GRILL, INC., a Florida
corporation,

      Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendants, INDIAN PASS CATTLEMAN'S ASSOCIATION, INC. and SALT ROCK GRILL, INC., by and through the undersigned counsel and pursuant to Local Rule 3.08 of the United States District Court for the Middle District of Florida, hereby notify the court that all Defendants and Plaintiff have settled this case as to all claims brought against all Defendants. A signed stipulation for dismissal with prejudice from the Plaintiff will be filed with the court upon receipt.

RESPECTFULLY SUBMITTED, this 8th day of November, 2011.

                          /s/ Jeffrey W. Gibson_____
                          Jeffrey W. Gibson, Esq.
                          Florida Bar No. 0568074
                          Attorney E-Mail address: jg@macfar.com
                          Brian J. Aungst, Jr., Esq.
                          Florida Bar No. 0055347
                          Attorney E-Mail address: bja@macfar.com
                          MACFARLANE FERGUSON & McMULLEN
                          Post Office Box 1531
                          Tampa, FL 33601
                          Post Office Box 1669
                          Clearwater, FL 33757

(727) 441-8966 -Phone / (727) 442-8470 - Fax
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was presented to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notice of electronic filing to counsel of record, this 8th day of November, 2011.

/s/ Jeffrey W. Gibson _____
Jeffrey W. Gibson, Esq.