UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIVIAN PETERS,

    Plaintiff,

v.                                                 CASE NO.: 8:11-cv-305-T-23MAP

INDIAN PASS CATTLEMAN'S
ASSOCIATION, INC., a Florida
Corporation, and SALT ROCK
GRILL, INC., a Florida corporation,

    Defendants.
_____/

## **ORDER**

    The stipulation (Doc. 20) of dismissal with prejudice is **APPROVED**, and this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

    ORDERED in Tampa, Florida, on November 30, 2011.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE